# United States Court of Appeals

## For the Eighth Circuit

_____

No. 16-2153

_____

Dennis Lagares, Jr.; Sherry Lagares

*Plaintiffs - Appellants*

K. L., by Next Friend, Dennis Lagares, Jr.; N. L., by Next Friend, Dennis Lagares, Jr.

*Plaintiffs*

v.

Aaron Koeppen, Former Assistant Camden County Prosecutor, individually and in his official capacity; Kenneth M. Hayden, In his official capacity; Steven B. Jackson, In his official and individual capacity; John and Jane Doe, 1-12, 26th Judicial Circuit Court of Missouri Judges, in their official capacity; Amanda Rollins Colgan; Shawn P. Colgan, Jr.; Shawnee Wood, Individually and in her official capacity; Ruth O. Schulte, individually and in her official capacity; Law Office of Ruth O. Schulte; Cisar Law Firm; Barbara Vantine, individually and in her official capacity; Barbara Vantine Law Firm; Jack Miller, Individually; Miller Law Office; Chris Koster, individually and in his official capacity; Mickes, Goldman and O'Toole, LLC; Thomas A. Mickes, individually and in his official capacity; Ernist Trakas, individually and in his official capacity; Michael Carter, individually and in his official capacity; Phillips, McElyea, Carpenter & Welch, P.C.; Jennifer Morgan, individually and in her official capacity; Charles E. McElyea, In his official capacity; Sharron Mizer, individually and in her official capacity; James Brad York, individually and in his official capacity; Crystal Deckard, individually and in her official capacity; Deputy and Mizell, LLC; Amy Rozell Killion, individually and in her official capacity; Daniel C. Mizell, individually and in his official capacity; Evans, individually and in her official capacity; Chris Rasmussen, individually and in his official capacity; Casey Cox, individually and in her official capacity; O'Neil and O'Neil Law Firm; Amy Degraw, individually and in her official capacity; Robert E. O'Neil, individually

and in his official capacity; Brandi Rockley, individually and in her official capacity; Lynne Brand, individually and in her official capacity; Catherine Watson, individually and in her official capacity; Brand Law Firm, P.C.; Brook D. McCarrick, DSS Attorney, in her official capacity; Logan Barber; Candice Shilvery, individually and in her official capacity; Susan Barber; Tim Decker, individually and in his official capacity; Kids Harbor, Inc.; Camdenton R-III School District; Diana Sederwall, individually and in her official capacity; Timothy Hatfield, individually and in his official capacity; Camden County Commission; Chris McElyea, in his official capacity; University of Missouri Thompson Center; John and Jane Does, 1-20, Camdenton R-III School Employees and Contracted Individuals; Lebanon R-III School District; Vivant Alarm Systems; Tammy Lupardus, individually and in her official capacity; Central Bank of Lake of the Ozarks; Karen Dugger, individually and in her official capacity; Central Bank Mortgage Jefferson City, Missouri, also known as Central Mortgage Company; Lynette Arnell, individually and in her official capacity; Samantha Rollins Bryant, individually and in her official capacity; Rebecca Simpson, individually and in her official capacity; Alyson Snyder; Shiela Moore, individually and in her official capacity; Midwest Assessment and Psychotherapy Solutions, P.C.; Debbera Burns, individually and in her official capacity; Dr. Emily R. Olroyd, individually and in her official capacity; Tracy Klein, individually and in her official capacity; Dr. Angela King, individually and in her official capacity; Denise D. McIntosh, individually and in her official capacity; Laclede County Sheriff's Office; Amanda Frazier, individually and in her official capacity; Laclede County Commissioners; Kristine Wapelhorst, individually and in her official capacity; Beverly Chapman, individually and in her official capacity; Duane Widhalm, individually and in his official capacity; Andrew White, individually and in his official capacity; Shalyn Howe, individually and in her official capacity; Theresa Lowe; Kyra Crabtree, individually and in her official capacity; Unknown John and Jan Does, 1-99; Erica York, individually and in her official capacity; Missouri Department of Social Services; Donna Reeves, individually and in her official capacity; Krissy Jackson, individually and in her official capacity; Lebanon R-III School Board; Lebanon R-III Administration; Missouri Department of Elementary and Secondary Education; Sandra Doren, individually and in her official capacity; Daylight Counseling, LLC; Doug Doren, in his official capacity; State of Missouri of the State Courts Administrator; Greg Linhares, in his official capacity; Gail Thompson, individually and in her official capacity; Jo McElwee, Camden County Circuit Clerk, individually and in her

official capacity; Deloris Lane, Deputy Clerk, individually and in her official capacity; Camden County Prosecutors Office; Camden County Sheriff's Office; Dwight Franklin, Camden County Sheriff, individually and in his official capacity; Donna Ford Stone; Jeremiah W. "Jay" Nixon, Governor, individually and in his official capacity; Missouri Department of Social Services, and Political Subdivisions; Missouri Department of Social Services, Childrens Division; John and Jane Does, 1-20, Missouri Department of Social Services, in their individual and official capacities; Dana Perkins, individually and in her official capacity; Justina Robinson, individually and in her official capacity

*Defendants - Appellees*

———————

Appeal from United States District Court
for the Western District of Missouri - Springfield

———————

Submitted: July 5, 2017
Filed: July 24, 2017
[Unpublished]

———————

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Dennis Lagares, Jr. and Sherry Lagares appeal from the district court's[1] order dismissing their complaint for lack of subject matter jurisdiction to the extent that the complaint sought to overturn a state court's child custody adjudication and for the complaint's failure to otherwise state a claim. Having considered the Lagares's

———————

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.

-3-

arguments for reversal, we find no error in the district court's analysis and no abuse of discretion in its denial of the Lagareses' request for further leave to amend.

The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____